■ Tournament Headquarters, Inc., Appellant, v Amelia McCarthy, Individually and Doing Business as Games Tournament Board, Respondents. (Appeal No. 2.) — Order reversed and motion denied. All concur, Cardamone, J. P., not participating. Same memorandum as in *Ferguson v McCarthy* (84 AD2d 922). (Appeal from order of Onondaga Supreme Court, J. O'C. Conway, J. — dismiss complaint.) Present — Cardamone, J. P., Callahan, Doerr, Denman and Moule, JJ.